# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 JUL 17 P 2:44

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Leon LionI Eugene White Jr RASTAFARI

_____

_____

v.

(Full name of defendant(s))

officer F. Ingram

_____

_____

Case Number:

**26-C-1258**

_____

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of _Wisconsin_ and resides at
         (State)

7000 W. Brentwood Ave, Milwaukee, WI 53223
                     (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant _officer F. Ingram_
                                              (Name)

Case 2:26-cv-01258-BHL    Filed 07/17/26    Page 1 of 5    Document 1

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Milwaukee Police Department_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On July 16, 2026, I, Leon Lion I Eugene White, Jr. ERISTAFARI, Jerry Barnett, Moorish American Moslems' Natural and Human Rights were violated by an officer F. Ingram and several other Milwaukee Police officers / and or MATC Security Public Safety workers / guards at the MATC building on 9th and State, and on the 2nd level (Level 2), when I was about to exit the building from charging my phones once again as I was on my post taking my break, this officer F. Ingram and several other officers grabbed me, threw me onto the

ground and used excessive force, without my consent, and illegally apprehended me, and once again my marijuana that I had was confiscated and my phone (one of my cell phones) got cracked, and out of use when I was excessively thrown to the ground in the parking lot. Then ~~the~~ Leon Lion I Eugene White, Jr. ~~RASTAFAR~~, Jerry Barnett was was placed inside of a squad car handcuffed, illegally searched, and issued a citation for trespassing, and misnomered once again as Black on this trespassing ticket that I was illegally issued. These violations are in violation of Article 1, Article 2, Article 3, Article 4, Article 5, Article 6, Article 7 (1-2), Article 8 (1-2), Article 9, Article 10, Article 11, Article 12 (1,2), of the General Assembly of the United Nations Declaration on the Rights of Indigenous Peoples Charter

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

### OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like the Court to inflict punishment through the Court of Law on this officer F. Ingram and the other officers who illegally battered me and used excessive force upon me, and who confiscated my marijuana illegally.

E. **JURY DEMAND**

I want a jury to hear my case.

☑ – YES ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _17th_ day of _July_ 20_26_.

Respectfully Submitted,

_Leon White_

Signature of Plaintiff

_414-408-4881_

Plaintiff's Telephone Number

_16267347 8@gmail.com_

Plaintiff's Email Address

_7000 W. Brentwood Ave, Milwaukee, WI 53223_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5